UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER BELWOOD,

    Plaintiff,                                    Case No. 16-cv-10815
                                                  Hon. Matthew F. Leitman
v.

TRADER JOE'S COMPANY, *et al.*,

    Defendants.

_____/

## ORDER (1) DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #20) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #21)

On March 7, 2016, Plaintiff Heather Belwood filed this action against Defendants Trader Joe's Company and Trader Joe's East Inc. (*See* Compl., ECF #1.) Belwood alleges that Defendants violated the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and the Persons with Disabilities Civil Rights Act, MCL § 37.101 et. seq. (*See id.*) Defendants moved for summary judgment on April 21, 2017. (*See* ECF #20.) Belwood also moved for summary judgment on April 21, 2017. (*See* ECF #21.) The Court held a hearing on the motions on July 17, 2017.

For the reasons stated on the record at the July 17, 2017, hearing, **IT IS HEREBY ORDERED** that: (1) Defendants' Motion for Summary Judgment (ECF #20) is **DENIED** and (2) Plaintiff's Motion for Summary Judgment (ECF # 21) is **DENIED.**

**IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: July 17, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2017, by electronic means and/or ordinary mail.

                                                         s/Holly A. Monda
                                                         Case Manager
                                                         (810) 341-9764